Submitted on petition for review filed March 21, 1990,* petition for review allowed; decision of Court of Appeals vacated; case remanded to Court of Appeals for further consideration February 25, reconsideration denied April 20, 1993

STATE OF OREGON,
*Petitioner on Review,*

*v.*

THOMAS REUBEN MARTIN,
*Respondent on Review.*

(CC C88-02-30931; CA A49620; SC S36995)

845 P2d 1294

Jonathan H. Fussner, Assistant Attorney General, Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem, filed petition for petitioner on review.

No appearance *contra*.

Before Carson, Chief Justice, and Peterson, Gillette, Van Hoomissen, Fadeley, and Unis, Justices.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Rhodes*, 315 Or 191, 843 P2d 927 (1992).

---

* Appeal from Multnomah County Circuit Court, Clifford B. Olsen, Judge. 100 Or App 256, 785 P2d 801 (1990).